UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCREE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CONSERVATION, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-04127-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 25 |

Before the Court is Defendants' Motion for Judgment on the Pleadings. Dkt. No. 25. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 20, 2013, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: June 13, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge