UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCREE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CONSERVATION, et al.,<br><br>　　　　　Defendants. | Case No.  12-cv-04127-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 36 |

　　　Before the Court is Defendants' Motion for Summary Judgment.  ECF No. 36.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for April 17, 2014, is hereby VACATED.

　　　**IT IS SO ORDERED**.

Dated: April 7, 2014

_____
JON S. TIGAR
United States District Judge